IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRANK KINNEY, JR.,**                                                      **PLAINTIFF**
**ADC #140005**

v.                 **CASE NO. 4:13CV00392 BSM**

**TONYA BURNSIDE**                                                           **DEFENDANT**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After a review of those proposed findings and recommendations, it is concluded that they should be, and hereby are, adopted in their entirety.

IT IS THEREFORE ORDERED that Kinney's complaint is dismissed without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 27th day of January 2014.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE